IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02853-CMA-MJW

PAUL GALLOWAY,

Plaintiff(s),

v.

FLEXSTAR TECHNOLOGY, INC.,
ANTHONY LAVIA, and
JOHN DOES 1 - 10,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order Concerning Confidential Information (docket no. 26) is GRANTED finding good cause shown. The written Protective Order Concerning Confidential Information (docket no. 26-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: May 10, 2011