IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02853-CMA-MJW

PAUL GALLOWAY,

Plaintiff(s),

v.

FLEXSTAR TECHNOLOGY, INC.,
ANTHONY LAVIA, and
JOHN DOES 1 - 10,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Deadlines in Scheduling Order (docket no. 42) is DENIED WITHOUT PREJUDICE.

It is FURTHER ORDERED that Plaintiff shall forthwith serve the newly added defendants.

It is FURTHER ORDERED that Plaintiff shall inform the newly added defendants of the Telephonic Status Conference set on August 22, 2011, at 11:00 a.m., Mountain Time, and file proof of notice with this court. All parties, which includes the newly added defendants, shall meet and confer prior to the Telephonic Status Conference and each party shall be prepared to inform this court what deadlines contained in the Rule 16 Scheduling Order (docket no. 21) may need to be extended at the Telephonic Status Conference. The parties shall arrange a joint conference call and connect the court as the final connection by calling (303) 844-2403 at the time set forth above.

Date: August 3, 2011