## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02853-CMA-MJW

PAUL GALLOWAY,

      Plaintiff,

v.

FLEXSTAR TECHNOLOGY, INC.,
ANTHONY LAVIA,
MARK MEYER,
TIM BECK,
JOEL RUSS and
HAROLD ROBINSON,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER DN 63)

---

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order, DN 63, filed with the Court on October 31, 2011, is GRANTED.  All deadlines contained in paragraphs 9(b) through 9(g) and 10 of the Scheduling Order (Dkt. No. 21) are extended as follows:

- **Para. 9(b) -Discovery Cut-off**:   Fact discovery shall be completed by December 30, 2011.

- **Para. 9(c) -Dispositive Motion Deadline**:   January 30, 2012.

- **Para. 9(d) - Expert Witness Disclosure**:   Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before January 30, 2012.  Defendant shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before February 29, 2012.  The parties shall designate all

rebuttal experts and provide opposing counsel with all information specified in

Fed.R.Civ.P.26(a)(2) on or before March 30, 2012.

- **Para. 9(e) – Deposition Schedule**:   All depositions shall be completed by December 30, 2011.

- **Para 9(f) – Deadline for Interrogatories**:   Any interrogatories must be served by November

   18, 2011.

- **Para 9(g) – Deadline for Requests for Production of Documents and/or Admissions**:  Any

   Requests for Production of Documents and/or Admissions must be served on or before

   November 18, 2011.

- **Para 10 – Dates for Further Conferences**:  The Final Pretrial Conference set on February 8,

   2012, at 8:30 a.m., is VACATED and RESET on May 3, 2012, at 9:00 a.m., in Courtroom A-

   502, Alfred A. Arraj US Courthouse, 901 19th Street, Denver CO 80294.  The proposed Final

   Pretrial Order shall be submitted to the Court (watanabe_chambers@cod.uscourts.gov) on or

   before April 27, 2012.

       Done this 7th Day of November, 2011

                    s/Michael J. Watanabe
                    _____

                    MICHAEL J. WATANABE
                    UNITED STATES MAGISTRATE JUDGE