IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02853-CMA-MJW

PAUL GALLOWAY,

Plaintiff,

v.

FLEXSTAR TECHNOLOGY, INC.,
ANTHONY LAVIA,
MARK MEYER,
TIM BECK,
HAROLD ROBINSON, and
JOEL RUSS,

Defendants.

---

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Parties' Joint Motion to Further Modify Scheduling Order (docket no. 66) is GRANTED as follows finding good cause shown. The deadline to complete discovery is extended for the limited purpose of completing the three depositions to January 13, 2012 only.  The deadline to file dispositive motions is extended to February13, 2012.

Date:  December 9, 2011